AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Emmanuel Morgan, and | ) | Case No. 10-8230-AEV |
| Clyde Ward | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

FILED by _____ D.C.
AUG 3 1 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    8/30/10    in the county of    Palm Beach    in the
   Southern    District of    Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | did knowingly and intentionally combine, conspire, confederate and agree with one another and other persons unknown at present, to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA Special Agent Eric J. Fess
Printed name and title

Sworn to before me and signed in my presence.

Date:    08/31/2010

_____
Judge's signature

City and state:    West Palm Beach, Florida    U.S. Magistrate Judge Ann E. Vitunac
Printed name and title

## AFFIDAVIT

1.   I, Eric J. Fess, Special Agent, Drug Enforcement Administration, United States Department of Justice, being duly sworn, state:

Your affiant is a Special Agent with the United States Drug Enforcement Administration (DEA). As such, I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. Your affiant has been a Special Agent of the DEA for over seven years, having been assigned to the Miami Field Division since November of 2002, during which time your affiant has specialized in investigations involving narcotics trafficking. Your affiant has received specialized training in the subject of narcotics trafficking and money laundering from the DEA and has been personally involved in investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions. Since that time your affiant has primarily been assigned investigations dealing with the importation and distribution of illegal drugs, which includes cocaine, "crack" cocaine, heroin, marijuana, methamphetamine, and methylenedioxymethamphetamine (otherwise known as MDMA or "Ecstasy"). During those investigations, your affiant has conducted physical surveillance, electronic surveillance and wire surveillance. Your affiant has also arrested numerous individuals for various drug violations and has spoken to numerous drug dealers, gang members, and informants concerning the methods and practices of drug trafficking. Through investigations and training, your affiant has become familiar with narcotics traffickers'

methods of operation including the distribution, storage and transportation of narcotics, the collection of money which represents the proceeds of narcotics trafficking, the manufacturing processes of various controlled substances, and money laundering. Your affiant is currently involved in an investigation relating to the conspiracy to distribute controlled substances in Palm Beach County and the distribution of controlled substances by Emmanuel MORGAN, Clyde WARD, and others yet unknown. Investigative facts to date, discussed below, establish that Emmanuel MORGAN and Clyde WARD are responsible for conspiring to possess one kilogram of cocaine in Palm Beach County and surrounding areas.

3. This affidavit is being presented in support of an arrest warrant for Emmanuel MORGAN and Clyde WARD, who are believed to have violated Title 21, United States Code, Section 841(a)(1), to wit: Conspiracy to Possess Cocaine with the Intent to Distribute. The information contained in this affidavit has been obtained by your affiant as well as from other law enforcement officers who are involved in the investigation.

4. On August 29, 2010, a DEA Cooperating Defendant, informed officers that he/she had been in contact with "Emmanuel," subsequently identified as Emmanuel MORGAN. The Cooperating Defendant stated that MORGAN and an unidentified male (subsequently identified as Clyde WARD) were trying to purchase a kilogram of cocaine from the Cooperating Defendant.

5. On August 30, 2010, the Cooperating Defendant placed a recorded telephone call to MORGAN. During this telephone call, MORGAN and the Cooperating Defendant discussed the purchase of the cocaine. Shortly thereafter, MORGAN called the cooperating defendant and arranged to meet. At approximately 2:30 pm, DEA and the

West Palm Beach Police Department (WPBPD) surveilled a meeting between the Cooperating Defendant and MORGAN. During this meeting, MORGAN stated that the cocaine was for his partner and that his partner had $26,000 to spend. MORGAN stated that they were ready as soon as the Cooperating Defendant could get the cocaine.

6. At approximately 4:51pm, the Cooperating Defendant and a DEA Undercover (UC) Agent met MORGAN and WARD. This meeting took place in a Walmart Parking lot in Palm Beach County. During this meeting, WARD showed the Cooperating Defendant an orange backpack full of U.S. Currency. WARD stated that is was $26,000. MORGAN then walked to meet the UC. The UC then showed MORGAN a kilogram of cocaine. MORGAN called to WARD and stated that it looked good. At this time, WARD observed a vehicle he believed to be the police and fled in his vehicle. MORGAN fled on foot and was captured after a foot chase. WARD was followed until he drove off the road. At this point, WARD fled on foot throwing the orange backpack into a tree. WARD was captured after he jumped into a canal. Shortly thereafter, the orange backpack, containing US Currency, was recovered.

7. Both MORGAN and WARD were brought to DEA West Palm Beach office to be processed. WPBPD Agent Mike Shea advised MORGAN of his Miranda rights as witnessed by DEA Special Agent Eric Fowler. MORGAN waived his rights and stated that he arranged for WARD to purchase a kilogram of cocaine from the Cooperating Defendant. MORGAN stated that he was not going to make anything on the deal.

8. WPBPD Agent Shea advised WARD of his Miranda right as witnessed by SA Fowler. WARD waived his rights and stated that he and MORGAN were at Walmart to arrange the purchase of a kilogram of cocaine; however WARD and MORGAN had no

intension of paying for the cocaine and were going to steal it. WARD stated that MORGAN provided $11,000 of the currency in the orange backpack and he (WARD) brought the rest. WARD stated the money was going to be used to convince the Cooperating Defendant to show MORGAN the cocaine. WARD further stated that MORGAN agreed to steal the cocaine when the Cooperating Defendant showed it to MORGAN. MORGAN was then going to run over and jump into WARD's vehicle and WARD would drive away.

9. Based on the foregoing facts, your affiant believes that probable cause exists that on August 30, 2010, Emmanuel MORGAN and Clyde WARD conspired to possess cocaine hydrochloride with intent to distribute, in violation of Title 21, United States Code, Section(s) 841(a)(1) and 846.

```
_____
ERIC FESS, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION
```

Sworn to and subscribed before me this 31 day of August 2010.

```
_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA
```

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  10-8230-AEV

IN RE:

CRIMINAL COMPLAINT
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY: _____
                ROBERT H. WATERS, JR.
                ASSISTANT UNITED STATES ATTORNEY
                Florida Bar No. 365483
                500 S. Australian Avenue, Suite 400
                West Palm Beach, FL 33401-6235
                Tel: (561) 820-8711
                Fax: (561) 820-8777
                Robert.Waters@usdoj.gov